**WINNEBAGO TELEVISION CORPORA-TION, Petitioner,**

v.

**UNITED STATES of America, and Federal Communications Commission, Respondents.**

**Radio Wisconsin, Inc., and Greater Rockford Television, Inc., Intervenors.**

**No. 14086.**

United States Court of Appeals
District of Columbia Circuit.

Argued June 12, 1958.

Decided July 2, 1958.

Mr. Vernon L. Wilkinson, Washington, D. C., with whom Mr. James A. McKenna, Jr., Washington, D. C., were on the brief, for petitioner.

Mr. Richard A. Solomon, Asst. Gen. Counsel, F. C. C., with whom Messrs. Warren E. Baker, Gen. Counsel, F. C. C., John J. O'Malley, Jr., Counsel, F. C. C., and Daniel M. Friedman, Atty., Dept. of Justice, were on the brief for respondents.

Mr. Arthur W. Scharfeld, Washington, D. C., with whom Mr. Arthur Stambler, Washington, D. C., was on the brief, for intervenor Radio Wisconsin, Inc.

Mr. Stanley S. Neustadt, Washington, D. C., for intervenor Greater Rockford Television, Inc. Messrs. Marcus Cohn

and Paul Dobin, Washington, D. C., were on the brief for intervenor, Greater Rockford Television, Inc.

Before WILBUR K. MILLER, WASHINGTON and BURGER, Circuit Judges.

PER CURIAM.

Petitioner Winnebago, operator of a UHF station at Rockford, Illinois, seeks review of an order of the Federal Communications Commission denying, after a rule-making proceeding, proposals to amend channel assignments in Madison, Wisconsin, and Rockford. After consideration of the record in light of petitioner's contentions, we find no basis for disturbing the Commission's action. Cf. Coastal Bend Telev. Co. v. F. C. C., 1956, 98 U.S.App.D.C. 251, 234 F.2d 686; W. I. R. L. Television Co. v. U. S. (WIRL Television Co. v. F. C. C.) 1958, 102 U.S.App.D.C. 341, 253 F.2d 863; Springfield Television Broadcasting Corp. v. F. C. C., 104 U.S.App.D.C. —, 259 F.2d 170.

Affirmed.